✎ AO 121 (6/90)

| TO: | REPORT ON THE |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.  1:26-cv-01823  **DATE FILED**  2/18/2026 | United States District Court<br>Northern District of Illinois |

| PLAINTIFF | DEFENDANT |
|---|---|
| Wumei Lin | The Partnerships Identified on Schedule A |

| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1  See Attached | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes ☐ No | DATE RENDERED |
|---|---|---|

| CLERK<br>Thomas G. Bruton | (BY) DEPUTY CLERK<br>Q. Riddell | DATE<br>2/19/2026 |
|---|---|---|

**DISTRIBUTION:**

1) Upon initiation of action,
 mail copy to Register of Copyrights

2) Upon filing of document adding copyright(s),
 mail copy to Register of Copyrights

3) Upon termination of action,
 mail copy to Register of Copyrights

4) In the event of an appeal, forward copy to Appellate Court

5) Case File Copy

# Exhibit 1

**Registration Number**

# VA 2-405-791

**Effective Date of Registration:**
April 11, 2024
**Registration Decision Date:**
July 30, 2024

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** January 07, 2019 to November 11, 2019

## Title
_____

**Title of Group:** Women's oversized clothing #2019

**Number of Photographs in Group:** 375

- **Individual Photographs:** 3342798-1,
3342798-2,
3342798-3,
3342798-4,
3342798-5,
3342798-6,
3342798-7,
3342798-8,
3342798-9,
3342798-10,
3342798-11,
3342798-12,
3342798-13,
3342798-14,
3780545-1,
3780545-2,
3780545-3,
3780545-4,
3780545-5,
4063184-1,
4063184-2,
4063184-3,
4063184-4,
4063184-5,
4063184-6,
4063184-7,
4063184-8,
4063184-9,
4063184-10,
3856185-1,
3856185-1,
3856185-1,
3856185-1,

|  |  | 3856185-1, |
|---|---|---|
|  |  | 3856185-1, |
|  |  | 3856185-1, |
|  |  | 3856185-1, |
|  |  | 3856185-1, |
|  |  | 3856185-1, |
|  |  | 3856185-1, |
|  |  | 3856185-1, |
|  | **Published:** | January 2019 |

- **Individual Photographs:** 3782683-1,
3782683-2,
3782683-3,
3782683-4,
3782683-5,
3782683-6,
3782683-7,
3782683-8,
3782683-9,
3782683-10,
3782683-11,
3782683-12,
3782683-13,
3749568-1,
3749568-2,
3749568-3,
3749568-4,
3749568-5,
3749568-6,
3749568-7,
3749568-8,
3749568-9,
3749568-10,
3749568-11,
3749568-12,
3749568-13,
3749568-14,
3749568-15,
3749568-16,
3749568-17,
3749568-18,
3749568-19,
4164786-1,
4164786-2,
4164786-3,
4164786-4,
4164786-5,
4164786-6,
4164786-7,
4164786-8,
4164786-9,
4164786-10,
4164786-11,
4164786-12,
4164786-13,
4164786-14,
4164786-15,
4164786-16,

|  | 4164786-17,<br>4164786-18,<br>4164786-19,<br>4164786-20,<br>4164786-21,<br>4164786-22,<br>4164786-23,<br>4164786-24,<br>4164786-25,<br>4164786-26,<br>4164786-27,<br>4164786-28,<br>4164786-29,<br>4164786-30,<br>3772839-1,<br>3772839-2,<br>3772839-3,<br>3772839-4,<br>3772839-5,<br>3772839-6,<br>3772839-7,<br>3772839-8,<br>3772839-9, |
|---|---|
| **Published:** | March 2019 |
| • **Individual Photographs:** | 2254178-1,<br>2254178-2,<br>2254178-3,<br>2254178-4,<br>2254178-5,<br>2254178-6,<br>2254178-7,<br>2254178-8,<br>2254178-9,<br>2254178-10,<br>2254178-11,<br>2254178-12,<br>4435649-1,<br>4435649-2,<br>4435649-3,<br>4435649-4,<br>4435649-5,<br>4435649-6,<br>4435649-7,<br>4435649-8,<br>4435649-9,<br>4435649-10,<br>4435649-11,<br>4435649-12,<br>4435649-13,<br>4379717-1,<br>4379717-2,<br>4379717-3,<br>4379717-4,<br>4379717-5,<br>4379717-6,<br>4379717-7,<br>4379717-8, |

**Published:** April 2019

- **Individual Photographs:** 4486720-1,
4486720-2,
4486720-3,
4486720-4,
4486720-5,
4486720-6,
4486720-7,
4486720-8,
4486720-9,
4486720-10,
4486720-11,
4486720-12,
4486720-13,
4486720-14,
4486720-15,
4486720-16,
4486720-17,
4486720-18,
4477258-1,
4477258-2,
4477258-3,
4477258-4,
4477258-5,
4477258-6,
4477258-7,
4477258-8,
4477258-9,
4477258-10,
4477258-11,
4477258-12,
4477258-13,
4477258-14,
4477258-15,
4477258-16,
4477258-17,
4477258-18,
4477258-19,
4477258-20,
4477258-21,
4493539-1,
4493539-2,
4493539-3,
4493539-4,
4493539-5,
4493539-6,
4493539-7,
4493539-8,
4493539-9,
4493539-10,
4493539-11,
4493539-12,
4493539-13,
4493539-14,
4493539-15,
4493539-16,
4493539-17,

4493539-18,
4493539-19,
4493539-20,

**Published:** May 2019

- **Individual Photographs:** 4493565-1,
4493565-2,
4493565-3,
4493565-4,
4493565-5,
4493565-6,
4493565-7,
4493565-8,
4493565-9,
4493565-10,
4493565-11,

**Published:** June 2019

- **Individual Photographs:** 4536208-1,
4536208-2,
4536208-3,
4536208-4,
4536208-5,
4536208-6,
4536208-7,
4536208-8,
4536208-9,
4536208-10,
4536208-11,
4536208-12,
4547058-1,
4547058-2,
4547058-3,
4547058-4,
4547058-5,
4547058-6,
4547058-7,
4547058-8,
4547058-9,
4547058-10,
4547058-11,
4547058-12,
4547058-13,

**Published:** August 2019

- **Individual Photographs:** 2157521-1,
2157521-2,
2157521-3,
2157521-4,
2157521-5,
2157521-6,
2157521-7,
2157521-8,
2157521-9,
2157521-10,
2157521-11,
2157521-12,
2157521-13,

2157521-14,
2157521-15,
4445116-1,
4445116-2,
4445116-3,
4445116-4,
4445116-5,
4445116-6,
4445116-7,
4445116-8,
2544757-1,
2544757-2,
2544757-3,
2544757-4,
2544757-5,
2544757-6,
2544757-7,
2544757-8,
2544757-9,
2544757-10,
2544757-11,
2544757-12,
2544757-13,
2544757-14,
2544757-15,
2544757-16,
2544757-17,
2544757-18,
4438968-1,
4438968-2,
4438968-3,
4438968-4,
4438968-5,
4438968-6,
4438968-7,
4438968-8,
4438968-9,
4438968-10,
4438968-11,
4438968-12,
4438968-13,
4368003-1,
4368003-2,
4368003-3,
4368003-4,
4368003-5,
4368003-6,
4368003-7,
4368003-8,
4368003-9,
4368003-10,
4368003-11,
4368003-12,
4432524-1,
4432524-2,
4432524-3,
4432524-4,
4432524-5,

|  | 4432524-6,<br>4432524-7,<br>4432524-8,<br>4432524-9,<br>4432524-10,<br>4432524-11,<br>4432524-12,<br>4432524-13,<br>4432524-14,<br>4432524-15,<br>4432524-16,<br>4432524-17,<br>4432524-18,<br>4572204-1,<br>4572204-2,<br>4572204-3,<br>4572204-4,<br>4572204-5,<br>4572204-6,<br>4572204-7,<br>4572204-8,<br>4572204-9,<br>4572204-10,<br>4572204-11,<br>4572204-12,<br>3785849-1,<br>3785849-2,<br>3785849-3,<br>3785849-4,<br>3785849-5,<br>3785849-6,<br>3785849-7,<br>4400051-1,<br>4400051-2,<br>4400051-3,<br>4400051-4,<br>4400051-5,<br>4400051-6,<br>4400051-7,<br>4400051-8, |
|---|---|
| **Published:** | September 2019 |
| • **Individual Photographs:** | 45173351-1,<br>45173351-2,<br>45173351-3,<br>45173351-4,<br>45173351-5,<br>45173351-6,<br>45173351-7,<br>45173351-8,<br>45173351-9,<br>45173351-10,<br>45173351-11,<br>45173351-12,<br>4593899-1,<br>4593899-2,<br>4593899-3,<br>4593899-4, |

|  | 4593899-5, |
|---|---|
|  | 4593899-6, |
| **Published:** | October 2019 |

| • **Individual Photographs:** | 4569517-1, |
|---|---|
|  | 4569517-2, |
|  | 4569517-3, |
|  | 4569517-4, |
|  | 4569517-5, |
|  | 4569517-6 |
| **Published:** | November 2019 |

## Completion/Publication

| **Year of Completion:** | 2019 |
|---|---|
| **Earliest Publication Date in Group:** | January 07, 2019 |
| **Latest Publication Date in Group:** | November 11, 2019 |
| **Nation of First Publication:** | United States |

## Author

| • **Author:** | daning zhou |
|---|---|
| **Author Created:** | photographs |
| **Work made for hire:** | No |
| **Citizen of:** | China |
| **Domiciled in:** | China |

## Copyright Claimant

| **Copyright Claimant:** | daning zhou |
|---|---|
|  | Chuangjin1hao A zuo 406, Dalang Community, Xin'an Street, Bao'an District,, Shenzhen city,  Guangdong Province, ShenZhen, 518000, China |

## Rights and Permissions

| **Name:** | daning zhou |
|---|---|
| **Email:** | 240289464@qq.com |
| **Telephone:** | +8615007553312 |
| **Address:** | Chuangjin1hao A zuo 406, Dalang Community, Xin'an Street, Bao'an District, Shenzhen city,  Guangdong Province |
|  | ShenZhen 518000 China |

## Certification

| **Name:** | zhou daning |
|---|---|
| **Date**: | April 11, 2024 |

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.









**Registration Number**

# VA 2-420-078

**Effective Date of Registration:**
August 28, 2024
**Registration Decision Date:**
October 30, 2024

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** January 15, 2018 to December 27, 2018

## Title

| | |
|---|---|
| **Title of Group:** | 2018 plus size women's clothing (240828) |
| **Number of Photographs in Group:** | 144 |

- **Individual Photographs:** 2544757 (1),
  2544757 (2),
  2544757 (3),
  2544757 (4),
  2544757 (5),
  2544757 (6),
  2544757 (7),
  2544757 (8),
  2560613-1,
  2560613-2,
  2560613-3,
  2560613-4,
  2560613-5,
  2560613-6,
  2569177 (1),
  2569177 (2),
  2569177 (3),
  2569177 (4),
  2569177 (5),
  2569177 (6),
  2569177 (7),
  2569177 (8),
  2569177 (9),
  2569177 (10),
  **Published:** January 2018

- **Individual Photographs:** 263386201-1,
  263386201-2,
  263386201-3,
  263386201-4,
  263386201-5,
  263386201-6,
  263386201-7,

Page 1 of 5

| | | |
|---|---|---|
| | **Published:** | April 2018 |
| • | **Individual Photographs:** | 2678880-1, 2678880-2, 2678880-3, 2678880-4, 2678880-5, 2678880-6, 2678880-7, 2678880-8, 2678880-9, 2687065-1, 2687065-2, 2687065-3, 2687065-4, 2687065-5, 2687065-6, 2687065-7, |
| | **Published:** | May 2018 |
| • | **Individual Photographs:** | 2703252-1, 2703252-2, 2703252-3, 2703252-4, 2703252-5, 2703252-6, 2703513-1, 2703513-2, 2703513-3, 2703513-4, 2703513-5, 2703513-6, 2703513-7, 2711167 (1), 2711167 (2), 2711167 (3), 2711167 (4), 2711167 (5), 2711167 (6), 2711167 (7), 2711167 (8), |
| | **Published:** | June 2018 |
| • | **Individual Photographs:** | 2764478-1, 2764478-2, 2764478-3, 2764478-4, 2764478-5, 2764478-6, |
| | **Published:** | July 2018 |
| • | **Individual Photographs:** | 3427312 (1), 3427312 (2), 3427312 (3), 3427312 (4), 3427312 (5), 3427312 (6), |

3531617 (1),
3531617 (2),
3531617 (3),
3531617 (4),
3531617 (5),
3531617 (6),
3629668 (1),
3629668 (2),
3629668 (3),
3629668 (4),
3629668 (5),
3629668 (6),
3629668 (7),
3629668 (8),
3629668 (9),
3637650 (1),
3637650 (2),
3637650 (3),
3637650 (4),

**Published:** November 2018

- **Individual Photographs:** 3782683 (1),
3782683 (2),
3782683 (3),
3782683 (4),
3785448-1.jpg,
3785448-2.jpg,
3785448-3.jpg,
3785448-4.jpg,
3811417 (1),
3811417 (2),
3811417 (3),
3811417 (4),
3811417 (5),
3811417 (6),
3811417 (7),
3811417 (8),
3811417 (9),
3926564 (1),
3926564 (2),
3926564 (3),
3926564 (4),
3926564 (5),
3926564 (6),
3962012 (1),
3962012 (2),
3962012 (3),
3962012 (4),
3962012 (5),
3962012 (6),
3962012 (7),
3962012 (8),
3977431 (1),
3977431 (2),
3977431 (3),
3977431 (4),
4052143 (1),
4052143 (2),

Page 3 of 5

4052143 (3),
4052143 (4),
4052143 (5),
4052143 (6),
4052143 (7),
4052143 (8),
4052143 (9),
4052143 (10)
**Published:** December 2018

## Completion/Publication

**Year of Completion:** 2018
**Earliest Publication Date in Group:** January 15, 2018
**Latest Publication Date in Group:** December 27, 2018
**Nation of First Publication:** United States

## Author

- **Author:** daning zhou
**Author Created:** photographs
**Citizen of:** China
**Domiciled in:** China

## Copyright Claimant

**Copyright Claimant:** daning zhou
Chuangjin1hao A zuo 406, Dalang Community, Xin'an Street, Bao'an District,,
Shenzhen city, Guangdong Province, ShenZhen, 518000, China

## Rights and Permissions

**Name:** daning zhou
**Email:** 240289464@qq.com
**Telephone:** +8615007553312
**Address:** Chuangjin1hao A zuo 406, Dalang Community, Xin'an Street, Bao'an District,
Shenzhen city, Guangdong Province
ShenZhen 518000 China

## Certification

**Name:** zhoudaning
**Date**: August 28, 2024

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that
correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

Regarding group registration: Registration extends to corresponding photographs in contents titles and in deposit.



**Registration Number**

# VA 2-421-806

**Effective Date of Registration:**
August 30, 2024
**Registration Decision Date:**
November 13, 2024

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** January 23, 2019 to December 28, 2019

## Title

| | |
|---|---|
| **Title of Group:** | 2019 plus size women's clothing (2408230) |
| **Number of Photographs in Group:** | 327 |

- **Individual Photographs:** 4256293 (1),
4256293 (2),
4256293 (3),
4256293 (4),
  **Published:** January 2019

- **Individual Photographs:** 4368003 (1),
4368003 (2),
4368003 (3),
4368003 (4),
4368003 (5),
4368003 (6),
  **Published:** February 2019

- **Individual Photographs:** 4379168 (1),
4379168 (2),
4379168 (3),
4379168 (4),
4379717 (1),
4379717 (2),
4379717 (3),
4379717 (4),
4379717 (5),
4379717 (6),
4379717 (7),
4382635 (1),
4382635 (2),
4382635 (3),
4382635 (4),
4382635 (5),
4382635 (6),
4382635 (7),
4382635 (8),

Page 1 of 8

4405489 (1),
4405489 (2),
4405489 (3),
4405489 (4),
4405489 (5),
4405489 (6),
4405489 (7),
4405489 (8),
4405489 (9),
4405489 (10),
4411937 (1),
4411937 (2),
4411937 (3),
4411937 (4),
4413493 (1),
4413493 (2),
4413493 (3),
4413493 (4),
4414988 (1),
4414988 (2),
4414988 (3),
4414988 (4),
4414988 (5),
4414988 (6),
4414988 (7),
4414988 (8),

**Published:**   March 2019

- **Individual Photographs:**   4435410 (1),
4435410 (2),
4435410 (3),
4435410 (4),
4435410 (5),
4435410 (6),
4435410 (7),
4435410 (8),
4435410 (9),
4435410 (10),
4435649 (1),
4435649 (2),
4435649 (3),
4435649 (4),
4435649 (5),
4435649 (6),
4435649 (7),
4435649 (8),
4438967 (1),
4438967 (2),
4438967 (3),
4438967 (4),
4438967 (5),
4468807 (1),
4468807 (2),
4468807 (3),
4468807 (4),

**Published:**   April 2019

- **Individual Photographs:** 4475236 (1),
  4475236 (2),
  4475236 (3),
  4475236 (4),
  4477258 (1),
  4477258 (2),
  4477258 (3),
  4477258 (4),
  4477258 (5),
  4477258 (6),
  4478143 (1),
  4478143 (2),
  4478143 (3),
  4478143 (4),
  4478143 (5),
  4478143 (6),
  4478143 (7),
  4478143 (8),
  4492137 (1),
  4492137 (2),
  4492137 (3),
  4492137 (4),
  4492137 (5),
  4492137 (6),
  4492137 (7),
  4492283 (1),
  4492283 (2),
  4492283 (3),
  4492283 (4),
  4493491 (1),
  4493491 (2),
  4493491 (3),
  4493491 (4),
  4493491 (5),
  4493565 (1),
  4493565 (2),
  4493565 (3),
  4493565 (4),
  4498123 (1),
  4498123 (2),
  4498123 (3),
  4498123 (4),
  4499601 (1),
  4499601 (2),
  4499601 (3),
  4499601 (4),
  4499601 (5),
  4499601 (6),
  4499923 (1),
  4499923 (2),
  4499923 (3),
  **Published:** May 2019

- **Individual Photographs:** 4509212 (1),
  4509212 (2),
  4509212 (3),
  4509212 (4),
  4509212 (5),

4509212 (6),
4523966 (1),
4523966 (2),
4523966 (3),
4523966 (4),
4526351 (1),
4526351 (2),
4526351 (3),
4526351 (4),
4526351 (5),
4526351 (6),

**Published:** June 2019

- **Individual Photographs:** 4536208 (1),
4536208 (2),
4536208 (3),
4536208 (4),
4536208 (5),
4536208 (6),
4546076 (1),
4546076 (2),
4546076 (3),
4546076 (4),
4546076 (5),
4552350 (1),
4552350 (2),
4552350 (3),
4552350 (4),
4552350 (5),
4552350 (6),
4552610 (1),
4552610 (2),
4552610 (3),
4552610 (4),
4552610 (5),
4552610 (6),

**Published:** July 2019

- **Individual Photographs:** 4567773 (1),
4567773 (2),
4567773 (3),
4567773 (4),
4567773 (5),
4567773 (6),

**Published:** August 2019

- **Individual Photographs:** 4579111 (1),
4579111 (2),
4579111 (3),
4579111 (4),
4582666 (1),
4582666 (2),
4590223 (1),
4590223 (2),
4590223 (3),
4590223 (4),
4591830 (1),
4591830 (2),

Page 4 of 8

4591830 (3),
4591830 (4),
4594280 (1),
4594280 (2),
4594280 (3),
4594280 (4),
4594280 (5),
4594280 (6),
4594280 (7),
4594280 (8),
4594280 (9),
4594280 (10),
4594409 (1),
4594409 (2),
4594409 (3),
4594409 (4),
4594409 (5),
4595953 (1),
4595953 (2),
4595953 (3),
4595953 (4),

**Published:** September 2019

- **Individual Photographs:** 4609833 (1),
4609833 (2),
4609833 (3),
4609833 (4),

**Published:** October 2019

- **Individual Photographs:** 4615923 (1),
4615923 (2),
4615923 (3),
4615923 (4),
4618808 (1),
4618808 (2),
4618808 (3),
4618808 (4),
4618808 (5),
4626582 (1),
4626582 (2),
4626582 (3),
4626582 (4),
4628234 (1),
4628234 (2),
4631953 (1),
4631953 (2),
4631953 (3),
4631953 (4),

**Published:** November 2019

- **Individual Photographs:** 4627825 (1),
4627825 (2),
4627825 (3),
4627825 (4),
4632120 (1),
4632120 (2),
4632120 (3),
4632120 (4),

4632304 (1),
4632304 (2),
4632304 (3),
4632304 (4),
4632304 (5),
4632304 (6),
4632305 (1),
4632305 (2),
4632305 (3),
4632305 (4),
4632305 (5),
4632305 (6),
4632882 (1),
4632882 (2),
4632882 (3),
4632882 (4),
4635455 (1),
4635455 (2),
4635455 (3),
4635455 (4),
4635455 (5),
4635922 (1),
4635922 (2),
4635922 (3),
4635922 (4),
4636520 (1),
4636520 (2),
4636520 (3),
4636520 (4),
4636520 (5),
4636902 (1),
4636902 (2),
4636902 (3),
4636902 (4),
4636902 (5),
4636902 (6),
4636902 (7),
4636902 (8),
4638424 (1),
4638424 (2),
4638424 (3),
4638424 (4),
4638424 (5),
4638570 (1),
4638570 (2),
4638570 (3),
4638570 (4),
4638570 (5),
4638570 (6),
4641280 (1),
4641280 (2),
4641280 (3),
4641280 (4),
4641942 (1),
4641942 (2),
4641942 (3),
4641942 (4),
4641942 (5),

4641942 (6),
4641942 (7),
4641942 (8),
4644028 (1),
4644028 (2),
4644028 (3),
4644028 (4),
4644028 (5),
4644028 (6),
4644028 (7),
4644028 (8),
4644442 (1),
4644442 (2),
4644442 (3),
4644442 (4),
4645507 (1),
4645507 (2),
4645507 (3),
4645507 (4),
4645507 (5),
4645507 (6),
4645507 (7),
4645507 (8),
4645507 (9),
4645507 (10),
4645507 (11),
4645507 (12)

**Published:** December 2019

## Completion/Publication

**Year of Completion:** 2019
**Earliest Publication Date in Group:** January 23, 2019
**Latest Publication Date in Group:** December 28, 2019
**Nation of First Publication:** United States

## Author

- **Author:** daning zhou
  **Author Created:** photographs
  **Citizen of:** China
  **Domiciled in:** China

## Copyright Claimant

**Copyright Claimant:** daning zhou
Chuangjin1hao A zuo 406, Dalang Community, Xin'an Street, Bao'an District,,
Shenzhen city, Guangdong Province, ShenZhen, 518000, China

## Rights and Permissions

| | |
|---|---|
| **Name:** | daning zhou |
| **Email:** | 240289464@qq.com |
| **Telephone:** | +8615007553312 |
| **Address:** | Chuangjin1hao A zuo 406, Dalang Community, Xin'an Street, Bao'an District, Shenzhen city, Guangdong Province ShenZhen 518000 China |

## Certification

| | |
|---|---|
| **Name:** | zhoudaning |
| **Date**: | August 30, 2024 |

| | |
|---|---|
| **Copyright Office notes:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| | Basis for Registration: Registration does not extend to any useful article depicted. Registration extends to deposited photograph only. 17 USC 101, 102 (a), and 113. |



**Registration Number**

# VA 2-365-588

**Effective Date of Registration:**
September 14, 2023
**Registration Decision Date:**
October 12, 2023

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:**   March 26, 2018 to November 28, 2018

## Title

**Title of Group:**  Plus size women's clothing 2018
**Number of Photographs in Group:**  91

- **Individual Photographs:**  3748825-1,
  3748825-2,
  3748825-3,
  3748825-4,
  3748825-5,
  3748825-6,
  3748825-7,
  3748825-8,
  3748825-9,
  3748825-10,
  3748825-11,
  3748825-12,
  3748825-13,
  3748825-14,
  3748825-15,
  3748825-16,
  3748825-17,
  3748825-18,
  **Published:**  March 2018

- **Individual Photographs:**  4459919-1,
  4459919-2,
  4459919-3,
  4459919-4,
  4459919-5,
  4459919-6,
  4459919-7,
  4459919-8,
  4459919-9,
  4459919-10,
  4459919-11,
  4459919-12,
  4459919-13,

Page 1 of 4

**Published:** April 2018

- **Individual Photographs:** 4493491-1,
4493491-2,
4493491-3,
4493491-4,
4493491-5,
4493491-6,

**Published:** May 2018

- **Individual Photographs:** 4509212-1,
4509212-2,
4509212-3,
4509212-4,
4509212-5,
4509212-6,
4509212-7,
4509212-8,
4509212-9,
4509212-10,
4509212-11,
4509212-12,
4509212-13,
4509212-14,
4509212-15,
4509212-16,
4509212-17,
4509212-18,

**Published:** June 2018

- **Individual Photographs:** 4509125-1,
4509125-2,
4509125-3,
4509125-4,
4509125-5,
4509125-6,
4509125-7,
4509125-8,
4509125-9,
4509125-10,
4509125-11,
4509125-12,
4509125-13,
5025153-1,
5025153-2,
5025153-3,
5025153-4,
5025153-5,
5025153-6

**Published:** July 2018

- **Individual Photographs:** 5046946-1,
5046946-2,
5046946-3,
5046946-4,
5046946-5,

**Published:** August 2018

- **Individual Photographs:** 3656722-1,
  3656722-2,
  3656722-3,
  3656722-4,
  3656722-5,
  3656722-6,
  3656722-7,
  3656722-8,
  3656722-9,
  3656722-10,
  3656722-11,
  3656722-12,
  **Published:** November 2018

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2018 |
| **Earliest Publication Date in Group:** | March 26, 2018 |
| **Latest Publication Date in Group:** | November 28, 2018 |
| **Nation of First Publication:** | United States |

## Author

- **Author:** Daning Zhou
  **Author Created:** photographs
  **Work made for hire:** No
  **Citizen of:** China
  **Domiciled in:** China

## Copyright Claimant

**Copyright Claimant:** Daning Zhou
Chuangjin 1 hao A zuo 406, Dalang Community, Xin'an Street, Bao'an District,,
Shenzhen city, Guangdong Province, China, Shenzhen, 518000, China

## Rights and Permissions

**Name:** Daning Zhou
**Email:** 240289464@qq.com
**Telephone:** +8615007553312
**Address:** Chuangjin 1 hao A zuo 406, Dalang Community, Xin'an Street, Bao'an District,
Shenzhen city, Guangdong Province, China
Shenzhen 518000 China

## Certification

**Name:** Daning Zhou
**Date**: September 14, 2023

**Copyright Office notes:**    Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.



